Nov 2, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20781-CR-HUCK/MCALILEY**

18 U.S.C. § 2332a(a)(2)

UNITED STATES OF AMERICA

v.

VICENTE ADOLFO SOLANO,
    a/k/a "Abad Solano,"
        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempting to Use a Weapon of Mass Destruction
### (18 U.S.C. § 2332a(a)(2))

Beginning on a date unknown to the Grand Jury, but no later than in or about late September 2017, and continuing until on or about October 20, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**VICENTE ADOLFO SOLANO,**
**a/k/a "Abad Solano,"**

did knowingly attempt to use, without lawful authority, a weapon of mass destruction, that is, a destructive device, as defined in Title 18, United States Code, Section 921(a)(4), against any person and property within the United States, and the offense and the results of the offense

would have affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2).

A TRUE BILL

*[signature]*

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

*[signature]*

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| VICENTE ADOLFO SOLANO, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant._____/ | Superseding Case Information: |

**Court Division**: (Select One)

Miami  X    Key West ___
FTL  ___    WPB ___    FTP ___

New Defendant(s) ___ Yes ___ No
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Spanish

4. This case will take     7     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days     X         Petty    ___
   II   6 to 10 days   ___        Minor    ___
   III  11 to 20 days  ___        Misdem.  ___
   IV   21 to 60 days  ___        Felony    X
   V    61 days and over ___

6. Has this case been previously filed in this District Court?     No     (Yes or No)
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     Yes
   If yes:
   Magistrate Case No.     17-mj-03458-CMM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of     10/20/17
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case?     No     (Yes or No)

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes     X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     Yes ___     X No

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 771007

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: VICENTE ADOLFO SOLANO

**Case No**: _____

Count: 1

Attempted Use of a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.