UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20781-CR-HUCK/MCALILEY (s)
18 U.S.C. § 2339B(a)(1)

UNITED STATES OF AMERICA

v.

VICENTE ADOLFO SOLANO,
a/k/a "Abad Solano,"

Defendant.
_____/

FILED BY TB
Mar 2, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1

**Attempting to Provide Material Support to a
Foreign Terrorist Organization
(Islamic State of Iraq and al-Sham)
(18 U.S.C. § 2339B(a)(1))**

Beginning on a date unknown, but no later than in or about late September 2017, and continuing until on or about October 20, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**VICENTE ADOLFO SOLANO,
a/k/a "Abad Solano,"**

did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), that is, personnel (himself) and services, to a foreign terrorist organization, that is, the Islamic State of Iraq and al-Sham ("ISIS"), which at all relevant times was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act ("INA"), knowing that ISIS engages and has

engaged in terrorist activity (as defined in Title 8, United States Code, Section 1182(a)(3)(B), in violation of Title 18, United States Code, Section 2339B(a)(1).

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.    17-20781-CR-HUCK (s)

v.

VICENTE ADOLFO SOLANO,
   a/k/a "Abad Solano,"             **CERTIFICATE OF TRIAL ATTORNEY\***

         Defendant.
_____/   **Superseding Case Information:**

**Court Division:** (Select One)     New Defendant(s)          Yes ____  No  X
                                     Number of New Defendants
X   Miami        ____ Key West       Total number of counts          1
____ FTL         ____ WPB    ____ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Spanish

4. This case will take    0    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days              ____        Petty      ____
   II   6 to 10 days              X          Minor      ____
   III  11 to 20 days            ____        Misdem.    ____
   IV   21 to 60 days            ____        Felony      X
   V    61 days and over         ____

6. Has this case been previously filed in this District Court?  (Yes or No)    Yes
   If yes:
   Judge: Huck                                Case No.    17-20781-CR-Huck/McAliley
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    Yes
   If yes:
   Magistrate Case No.            17-mj-03458-CMM
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of    10/20/2017
   Defendant(s) in state custody as of
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes _____    No  X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes _____    No  X

                                                            _____
                                                            KAREN E. GILBERT
                                                            ASSISTANT UNITED STATES ATTORNEY
                                                             FL Bar No. 771007

\*Penalty Sheet(s) attached                                                 REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VICENTE ADOLFO SOLANO, a/k/a "Abad Solano"

**Case No:** 17-20781-CR-Huck/McAliley (s)

Count #: 1

Attempting to Provide Material Support to a Foreign Terrorist Organization

Title 18, United States Code, Section 2339B(a)(1)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #:

**\* Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 17-20781-CR-Huck/McAliley (s) |
| VICENTE ADOLFO SOLANO, ) | |
| a/k/a "Abad Solano," ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Abigail Becker, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*