VICENTE ADOLFO SOLANO

P.O. Box 5000, Bruceton Mills, WV 26525

August 2, 2019

Clerk of Court
301 N. Miami Avenue
Room 150
Miami, FL 33128

VIA USPS Cert. Mail No. 7014 0510 0000 4402 3298

```
FILED BY____PG____D.C.

    AUG 0 9 2019

   ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
  S.D. OF FLA. - MIAMI
```

RE: STATUS UPDATE & DOCKET REQUEST
    United States v. Solano, No. 1:17-CR-20781-PCH (S.D. Fla.)

Dear Sir or Madam:

   I write to request the civil number assigned to my application for relief under 28 U.S.C. § 2255, and I request to know the current status of my application.

   I also request current docket information (i.e. a docket sheet) for the criminal case brought against me, case No. 1:17-CR-20781-PCH (S.D. Fla.).

   I thank you in advance for your timely assistance.

Respectfully Submitted,

_____
Vicente Solano (No. 15071-104)
Defendant-Petitioner, Pro Se



Vicente Adolfo Solano No. 15071-104
Federal Correctional Institution, Hazelton
Unit M-1
P.O. Box 5000
Bruceton Mills, WV 26525

7014 0510 0000 4402 3298

< 15071-104 >
Clerk of Court
301 N. Miami Avenue
Room 150
Miami, FL 33128

SPECIAL / LEGAL MAIL

AUG 09 2019
12:42 PM

USMS
INSPECTED   RECEIVED